# TERRIS, PRAVLIK & MILLIAN, LLP

BRUCE J. TERRIS
CAROLYN SMITH PRAVLIK
KATHLEEN L. MILLIAN
SARAH A. ADAMS

MONICA WAGNER
LYNN E. CUNNINGHAM
  Of Counsel

1121 12TH STREET, N.W.
WASHINGTON, D.C. 20005-4632
(202) 682-2100
FAX 202-289-6795
tpminfo@tpmlaw.com

MICHAEL G. SHAW
LARA CARTWRIGHT-SMITH
LEMUEL B. THOMAS
ALICIA C. ALCORN
SHINA MAJEED
SARA L. FAULMAN
AAMRA S. AHMAD
ZENIA SANCHEZ*

*Not Admitted D.C. Bar

*[Stamp: RECEIVED USDC CLERK, COLUMBIA, SC 2006 MAY -3 P 4: 06]*

May 1, 2006

The Honorable Joseph F. Anderson, Jr.
United States District Court for the
  District of South Carolina
c/o Mary Floyd
Clerk's Office
910 Richland Street
Columbia, SC 29201

          Re:   *FOE v. Laidlaw Environmental Services (TOC), Inc.*,
                D.S.C., Civ. No. 3-92-1697-17

Dear Judge Anderson:

    Pursuant to the request of the Clerk's Office, I am writing to inform you of the status of the above-referenced case. The case continues to be subject to an automatic stay due to bankruptcy proceedings. The reorganization plan was approved by the bankruptcy court on August 1, 2003. The Plan became effective on December 24, 2003.

    On June 15, 2005, plaintiffs and the Trustee entered into an agreement allowing considerably less than one per cent of plaintiffs' unsecured claim for attorneys' fees. To date, no payment has been made on the claim.

    Plaintiffs understand that the federal government has also entered into an agreement with the Trustees allowing considerable less than one percent of the Court's judgment for penalties. Plaintiffs do not know whether this claim has been paid.

                                   Sincerely,

                                   *[signature]*
                                   Carolyn Smith Pravlik
                                   *Counsel for Plaintiffs*

cc:     Donald A. Cockrill
        Robert Guild
        James S. Chandler, Jr.